IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07-MJ-49-CSC |
| | ) | |
| HILTON VAN HARRISON | ) | |
| | ) | |

**ORDER**

    For good cause it

    **ORDERED** that the initial appearance proceedings held today in the above case be and are hereby **CONTINUED to May 11, 2007 at 10:00 a.m.**, in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

    Done this 8th day of May, 2007.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE