IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.: 2:07-MJ-49-CSC |
| | ) | |
| **HILTON VAN HARRISON** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **HILTON VAN HARRISON,** in the above-styled case.

Dated this 10th day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. NO.: 2:07-MJ-49-CSC |
| | ) | |
| **HILTON VAN HARRISON** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138