**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO.: 2:07-MJ-49-CSC** |
| ) | |
| **HILTON VAN HARRISON** ) | |

**MOTION TO VACATE FURTHER PROCEEDINGS**
**IN THE MIDDLE DISTRICT OF ALABAMA**

COMES NOW the Defendant, **HILTON VAN HARRISON**, by and through undersigned counsel, Kevin L. Butler, and files this Motion to Vacate further Revocation Proceedings in the Middle District of Alabama. In support of this motion the Defendant states the following:

1. On May 7, 2007, Mr. Harrison made his initial appearance in this district on a revocation petition filed in the Western District of Missouri.

2. At this proceeding, Mr. Van Harrison waived his identity and preliminary hearing.

3. The Court stayed entry of the final order transporting Mr. Van Harrison back to the Western District of Missouri in order to allow the parties the opportunity to determine whether jurisdiction over this matter could be transferred to the Middle District of Alabama. After consulting with all relevant parties, undersigned counsel has determined jurisdiction cannot be transferred to the Middle of Alabama at this time.

5. After consulting with counsel regarding the jurisdiction for the case to be transferred, Mr. Van Harrison waives any further proceedings in the Middle District of Alabama and requests his immediate transport back to the Western District of Missouri for any further proceedings in this matter.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Dated this 10th day of May, 2007.

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.: 2:07-MJ-49-CSC |
| | ) | |
| **HILTON VAN HARRISON** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                               Respectfully submitted,

                                               s/ Kevin L. Butler
                                               KEVIN L. BUTLER
                                               First Assistant Federal Defender
                                               201 Monroe Street, Suite 407
                                               Montgomery, Alabama 36104
                                               Phone: (334) 834-2099
                                               Fax: (334) 834-0353
                                               E-mail: kevin_butler@fd.org
                                               AZ Bar Code: 014138