IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.: 2:07MJ-49-CSC |
| ) | |
| HILTON VAN HARRISON ) | |

## **ORDER**

Upon consideration of the *Motion to Vacate Further Proceedings in the Middle District of Alabama* (doc. #6) filed by the Defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that the proceeding now set for **May 11, 2007 at 10:00 a.m.** be and is hereby **CANCELLED**.

Done this 11th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE