✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA<br>V.<br>HILTON VAN HARRISON | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:07-MJ-49-CSC | 4:06-CR-46-001 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    Indictment    ☐ Information    Complaint    X Other    Violation Report

**charging a**      **U.S.C.**

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

**DESCRIPTION OF CHARGES:**

Violations of conditions Supervised Release

**CURRENT BOND STATUS:**

   ☐ Bail fixed at            and conditions were not met
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of
   X Other       Defendant detained pending required hearings in Western District of Missouri

**Representation**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No      ☐ Yes      Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| May 11, 2007 | /s/ Charles S. Coody |
|---|---|
| Date | Chief United States Magistrate Judge |

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |